**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RODRIGUEZ-ARAIZA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 4:26-CR-00107-RSB-CLR |

**<u>O R D E R</u>**

Upon Motion of Defendant, and with no opposition from the government, IT IS HEREBY ORDERED that Defendant and his counsel may appear virtually for Defendant's arraignment, which is scheduled for October 5, 2026.

**IT IS SO ORDERED and DIRECTED**, this the 30th day of September, 2026.

CHRISTOPHER L. RAY
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA